```
McGREGOR W. SCOTT
United States Attorney
SHERRILL A. CARVALHO
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099
```

FILED

FEB 1 3 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            DEPUTY CLERK

LODGED

FEB 9 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>GREG BARZAN,<br><br>      Defendant. | ORDER RE: NOTICE OF RELATED CASES<br><br>Case No. 1:07-cr-00042 AWI |
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>RICK BARZAN,<br><br>      Defendant. | Case No. 1:07-cr-00043 AWI |
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>JOHN BARZAN,<br><br>      Defendant. | Case No. 1:07-cr-00044 OWW |

1  IT IS HEREBY ORDERED that the case 1:07-cr-00044 OWW be
2 joined with case numbers 1:07-cr-00042 AWI and 1:07-cr-00043 AWI
3 as they are all related as the charges arise out of the same
4 facts and circumstances underlying the current charges pending
5 against the defendants before Judge Ishii.
6 Dated: February 9, 2007

```
                                    _____
                                    Honorable Anthony W. Ishii
                                    United States District Judge
```