```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  SHERRILL A. CARVALHO
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, CA 93721
 4  Telephone: (559) 497-4000
    Facsimile:  (559) 497-4099
 5
 6
 7
 8
 9
10
11
```

FILED
FEB 2 7 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

LODGED
FEB 2 6 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) ORDER RE: NOTICE OF RELATED |
| | ) CASES |
| Plaintiff, | ) |
| | ) Case No. 1:07-cr-00042 ~~LJO~~ AWI |
| v. | ) |
| | ) |
| GREG BARZAN, | ) |
| | ) |
| Defendant. | ) |
| UNITED STATES OF AMERICA, | ) Case No. 1:07-cr-00043 AWI |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| RICK BARZAN, | ) |
| | ) |
| Defendant. | ) |
| | ) LJO |
| UNITED STATES OF AMERICA, | ) Case No. 1:07-cr-00044 ~~AWI~~ |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| JOHN BARZAN, | ) |
| | ) |
| Defendant. | ) |

1  IT IS HEREBY ORDERED that the case 1:07-cr-00044 LJO be
2  joined with case numbers 1:07-cr-00042 AWI and 1:07-cr-00043 AWI
3  as they are all related as the charges arise out of the same
4  facts and circumstances underlying the current charges pending
5  against the defendants before Judge Ishii.
6  Dated: February 26, 2007

            _____
            Honorable Anthony W. Ishii
            United States District Judge