MATT GUICHARD, SBN 107450
Guichard Teng & Portello, APC
1800 Sutter Street, #730
Concord, CA 94520

Attorney for Rick Barzan

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. **1:07-cr-00043 AWI** |
| Plaintiff, | |
| v. | **ORDER** |
| RICK BARZAN, | |
| Defendant. | |

With the Court's permission, the defendant Rick Barzan and the United States of America, by and through their undersigned attorneys, stipulate that the defendant's surrender date may be continued from July 5, 2007 at 2:00 p.m. to July 19. 2007 at 2:00 p.m.  This continuance is requested do the fact that the United States Bureau of Prisons has not yet designated a facility for defendant;

//

//

//

//

//

//

//

Accordingly, it is respectfully requested that the surrender date for Rick Barzan be continued to July 19, 2007 at 2:00 p.m.

**SO STIPULATED.**

DATED: July 3, 2007                    /s/ Matt Guichard
                                       MATT GUICHARD
                                       Attorney for Rick Barzan

                                       /s/ SherrillCarvalho
                                       SHERRILL CARVALHO
                                       Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

**Dated:   July 3, 2007         /s/ Anthony W. Ishii**
                       UNITED STATES DISTRICT JUDGE